UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO SIOSON, PRISCILLA SIOSON )
              Plaintiff(s),
       v.
CITY OF DALY CITY,
              Defendant(s).

No. C05-4277 BZ

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

    A Case Management Conference was held in this case on March 6, 2006. Plaintiffs failed to appear at the Case Management Conference and had not sought to have their presence excused. Plaintiffs also failed to file a Case Management Conference Statement. Nor does it appear plaintiffs have served defendant with the complaint or responded to the court's letter regarding consent.

    Therefore, good cause appearing, plaintiffs are hereby **ORDERED** to show cause why this case should not be dismissed

///

///

///

1

1 | for lack of prosecution on **Monday, April 10, 2006, at**
2 | **4:00 p.m.**, in Courtroom G, 15th Floor, Federal Building, 450
3 | Golden Gate Avenue, San Francisco, California, 94102.
4 | Dated:  March 7, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\SIOSON\OSC.wpd

2