UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO SIOSON, PRISCILLA SIOSON<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>CITY OF DALY CITY,<br><br>　　　　Defendant(s). | No. C05-4277 BZ<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND SCHEDULING CASE MANAGEMENT CONFERENCE** |

Following a hearing on April 10, 2006, **IT IS HEREBY ORDERED** that the Order to Show Cause, entered March 7, 2006, is **DISCHARGED**. The Case Management Conference is **CONTINUED** to **June 26, 2006, at 4:00 p.m.** The parties shall file a joint case management statement no later than 7 days before the conference.

Dated: April 11, 2006

　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\SIOSON\DISCH.OSC.ORDER.wpd

1