UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO SIOSON, PRISCILLA )
SIOSON                       )
                             )          No. C05-4277 BZ
            Plaintiff(s),    )
                             )          **ORDER TO SHOW CAUSE WHY CASE**
      v.                     )          **SHOULD NOT BE DISMISSED FOR**
                             )          **FAILURE TO PROSECUTE**
CITY OF DALY CITY,           )
                             )
            Defendant(s).    )
_____)

    After the parties failed to appear for the Case

Management Conference scheduled on March 6, 2006, the court

issued an order to show cause.  At the show cause hearing,

plaintiffs informed the court that there was a possible

settlement in a related case filed in state court.  The court

then set another Case Management Conference for June 26, 2006.

Plaintiffs again failed to appear at the June 26, 2006 Case

Management Conference and had not sought to have their

presence excused.  Plaintiffs also failed to file a Case

Management Conference Statement.  It appears plaintiffs have

still not served defendant with the complaint or responded to

the court's letter regarding consent.

1

1    Therefore, good cause appearing, plaintiffs are hereby

2  **ORDERED** to show cause in person why this case should not be

3  dismissed for lack of prosecution on **Monday, July 24, 2006, at**

4  **4:00 p.m.**, in Courtroom G, 15th Floor, Federal Building, 450

5  Golden Gate Avenue, San Francisco, California, 94102.

6  Dated:   June 27, 2006

7  _____

8                     Bernard Zimmerman
                United States Magistrate Judge

9

10  G:\BZALL\-BZCASES\SIOSON\OSC.2.wpd

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28